**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | |
|---|---|
| GURAM MUKHIGULI, )<br><br>　　Petitioner, )<br><br>v. )<br><br>MELLISSA B. HARPER, in her official )<br>capacity as the New Orleans Field Office )<br>Director for ICE Enforcement and Removal )<br>Operations, )<br><br>　　Respondent. ) | No. 2:25-cv-03149-TLP-atc |

---

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

---

Petitioner Guram Mukhiguli, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.)  The Court granted his Petition on January 8, 2026, and ordered his release pending a bond hearing.  (ECF No. 10.)  Petitioner has yet to be released, and Respondent has failed to comply with this Court's Order.  (*See* ECF No. 11.)

The Court **ORDERS** Respondent to show cause in writing on or before close of business on January 12, 2026, why she should not be held in contempt for failing to comply with this Court's Order.

The Court will hold a hearing related to this Show Cause Order at 5:00 p.m. Central Standard Time via Microsoft Teams, January 12, 2026. Counsel for the parties shall attend.

1

**SO ORDERED**, this 12th day of January, 2026.

        s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE