**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| GURAM MUKHIGULI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:25-cv-03149-TLP-atc |
| v. | ) | |
| | ) | |
| MELISSA B. HARPER, New Orleans Field Office Director for ICE Enforcement and Removal Operations, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT**.  This action came before the Court on Petitioner's Petition for

Writ of Habeas Corpus, filed on December 19, 2025.  (ECF No. 1.)  In accordance with the

Order Granting Petition for Writ of Habeas Corpus (ECF No. 10),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED.**

s/Thomas L. Parker
THOMAS L.  PARKER
UNITED STATES DISTRICT JUDGE

January 26, 2026